IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 13-cv-3149 |
| DONNA L. ALEXANDER, et al., | ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

On May 24, 2013, Plaintiff filed its Complaint to Foreclose Mortgage (d/e 1) herein and paid all filing fees in full. Summons issued for service on Defendants. On August 4, 2013, Plaintiff filed its Amended Complaint to Foreclose Mortgage (d/e 10). An "Answer" (d/e 13) was filed pro se by Defendant Larry Alexander on August 15, 2013, which merely stated: "I am going to dispute the complaint in this summons." No other answers or pleadings were filed to Plaintiff's Complaint or Amended Complaint.

On October 21, 2013, Plaintiff moved for default (d/e 20) against Defendants Donna L. Alexander, Gem City Account Service, Inc., Illini Bank, and Edward E. Beasley. In Order (d/e 21) dated October 25, 2013,

U.S. Magistrate Judge Byron Cudmore allowed Plaintiff's request in part. Default was granted against Defendants Donna L. Alexander, Gem City Account Service, Inc., and Edward E. Beasley.   Default Judgment was entered against those Defendants by U.S. District Judge Sue Myerscough (d/e 25) on December 5, 2013.   Magistrate Judge Cudmore denied Plaintiff's request for default of Defendant Illini Bank for insufficient service.

When Judgment form (d/e 26) was entered on December 5, 2013, it did not specify the defaulted Defendants and the case was incorrectly closed.   The case should have remained open as to Defendants Larry P. Alexander and Illini Bank.

On September 4, 2014, Plaintiff filed a Motion to Vacate Judgment Against Illini Bank and Larry P. Alexander (d/e 28) (Motion).   By Text Order dated February 3, 2015, Judge Myerscough allowed Plaintiff's Motion (d/e 28) and directed the Clerk to vacate the Judgment form (d/e 26) and prepare a corrected form Amended Judgment.   The case was reopened and an Amended Judgment (d/e 29) was entered against Defendants Donna L. Alexander, Gem City Account Service, Inc., and Edward E. Beasley only.

The case remains pending against Defendants Larry P. Alexander and Illini Bank and has been dormant since entry of Amended Judgment on February 3, 2015, despite Plaintiff's statement in its Motion (d/e 28) that:

> 4. Should the Court grant the relief requested in this Motion, Plaintiff will promptly seek to default Illini Bank and file a 12(c) motion against Larry P. Alexander.

Upon the Court's review of cases, seeing that this matter had not moved forward, the undersigned issued a Text Order on October 9, 2015, directing the Plaintiff to file a written status report, or otherwise proceed, on or before October 23, 2015, or risk dismissal of the case as to Defendants Larry P. Alexander and Illini Bank for want of prosecution.

As of this date, Plaintiff has not complied with the order to file a status report or move the litigation forward.   The Court recommends this matter be dismissed without prejudice for want of prosecution as to Defendants Larry P. Alexander and Illini Bank.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with a copy of this Report and Recommendation.   See 28 U.S.C. § 636(b)(1).   Failure to file a timely objection will constitute a waiver of objections on appeal.   Video Views,

<u>Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).  See Local Rule 72.2.

ENTER:  October 29, 2015

    FOR THE COURT:

                                  _____*s/ Tom Schanzle-Haskins*_____
                                  TOM SCHANZLE-HASKINS
                              UNITED STATES MAGISTRATE JUDGE