IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 13-cv-3149 |
| | ) |
| DONNA L. ALEXANDER, et al, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 30).  Judge Schanzle-Haskins recommends that this Court dismiss this case, without prejudice, for want of prosecution as to Defendants Larry P. Alexander and Illini Bank.

Objections to the Report and Recommendation were due on or before November 12, 2015.  No party has filed any objection.

Pursuant to Federal Rule of Civil Procedure 72(b)(3), the Court "may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with

instructions." Fed. R. Civ. P. 72(b)(3).  The Court reviews <u>de novo</u> any part of the Report and Recommendation to which a proper objection has been made.  Fed. R. Civ. P. 72(b)(3).  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."  <u>Johnson v. Zema Sys. Corp.</u>, 170 F. 3d 734, 739 (7th Cir. 1999) (also noting that a party who fails to object to the report and recommendation waives appellate review of the factual and legal questions).

After reviewing the record, the Report and Recommendation, and the applicable law, this Court finds no clear error.

**IT IS THEREFORE ORDERED THAT:**

**(1)   The Report and Recommendation (d/e 30) is ADOPTED in its entirety.**

**(2)   The case is dismissed, without prejudice, for want of prosecution as to Defendants Larry P. Alexander and Illini Bank. THIS CASE IS CLOSED.**

**ENTER: November 23, 2015**

**FOR THE COURT:**

                                                                  **s/ Sue E. Myerscough**
                                                                  **SUE E. MYERSCOUGH**
                                                  **UNITED STATES DISTRICT JUDGE**